## STATE OF NEW MEXICO, Appellant, v. STATE NATIONAL BANK OF ALBUQUERQUE et al.

(Circuit Court of Appeals, Eighth Circuit. February 15, 1926.)

No. 7294.

Appeal from the District Court of the United States for the District of New Mexico.

James W. Norment, of Albuquerque, N. M., for appellant.

George S. Downer, of Albuquerque, N. M., for appellees.

PER CURIAM. Appeal dismissed with prejudice, at costs of appellant, per stipulation of parties.

---

## R. L. STEPHENS et al., Plaintiffs in Error, v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit. January 9, 1926.)

No. 7240.

In Error to the District Court of the United States for the District of Kansas.

Franklin H. Griggs, of Tulsa, Okl., for plaintiffs in error.

Al F. Williams, U. S. Atty., of Topeka, Kan.

PER CURIAM. Writ of error dismissed as to R. L. Stephens, without costs to either party in this court, on motion of plaintiff in error Stephens.

---

## R. L. STEPHENS, Plaintiff in Error, v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit. January 28, 1926.)

No. 7320.

In Error to the District Court of the United States for the Northern District of Oklahoma.

Franklin H. Griggs, of Tulsa, Okl., for plaintiff in error.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

---

## Dominik STOKA, Appellant, v. Wm. I. BIDDLE, Warden, etc.

(Circuit Court of Appeals, Eighth Circuit. February 9, 1926.)

No. 7194.

Appeal from the District Court of the United States for the District of Kansas.

Frans E. Lindquist, of Kansas City, Mo., for appellant.

Al F. Williams, U. S. Atty., of Topeka, Kan., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellant.

---

## Fred or Frank SZOLLAR, etc., Appellant, v. O. S. REMINGTON, Inspector, etc.

(Circuit Court of Appeals, Eighth Circuit. December 8, 1925.)

No. 6815.

Appeal from the District Court of the United States for the District of Minnesota.

Victor L. Power, of Hibbing, Minn., for appellant.

Lafayette French, Jr., U. S. Atty., of St. Paul, Minn., for appellee.

PER CURIAM. Appeal dismissed, on motion of appellee, without costs to either party in this court, under rules 23 and 24.

---

## Julia SZOLLAR, etc., Appellant, v. O. S. REMINGTON, Inspector, etc.

(Circuit Court of Appeals, Eighth Circuit. December 8, 1925.)

No. 6816.

Appeal from the District Court of the United States for the District of Minnesota.

Victor L. Power, of Hibbing, Minn., for appellant.

Lafayette French, Jr., U. S. Atty., of St. Paul, Minn., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellee, under rules 23 and 24.